William H. Lynn, Appellant, v. George M. Cohan and Another, as Copartners, etc., Respondents.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.